# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136206

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEBORAH STEVENS, TONY DECK,
BEVERLY HENKEL, VIRGINIA HERNANDEZ,
BARRY KELLEY, RUSSELL SOLES, DENISE
SOLES, DORIS WALKER, and ELIZABETH
CLINE,
        Plaintiffs-Appellees,

v

CITY OF FLINT,
        Defendant-Appellant.

SC: 136206
COA: 272329
Genesee CC: 00-069124-NZ

_____/

      On order of the Court, the application for leave to appeal the December 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

t0616